# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT MARTINSBURG

**RONALD L. JOHNSON,**

    **Petitioner,**

**v.**                                      **CIVIL ACTION NO. 3:06cv3**
                                                     **(BROADWATER)**

**POTOMAC HIGHLANDS REGIONAL**
**JAIL and SGT. JAMES ELZA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated June 7, 2006. Neither party filed any objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation **(Document 16)** should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that

1)     petitioner's Motion for Leave to Proceed in forma pauperis **(Document 13)** is now **DENIED**; and

2)     the petition of the petitioner be **DENIED and DISMISSED WITHOUT PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this 17th day of August 2006.



W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE